ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206) 615-2748
Email: michael.j.mullen@ssa.gov

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MICHIAL MOTT,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 2:26-cv-02357-JDP<br><br>**~~[PROPOSED]~~ ORDER** |

Having considered Defendant's Unopposed First Motion for Extension of Time and Leave to File Commissioner's Brief Late, and good cause appearing,

IT IS ORDERED that Defendant shall have an extension to November 23, 2026, to file the Commissioner's brief. The brief will be accepted for filing on that date.

IT IS SO ORDERED.

Dated: November 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE