ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206) 615-2748
Email: michael.j.mullen@ssa.gov

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MICHIAL MOTT,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 2:26-cv-2357-JDP<br><br>STIPULATION FOR REMAND<br>~~[PROPOSED]~~ ORDER |

The parties, through their respective counsel, STIPULATE to the following matters. The Commissioner's final decision shall be reversed and remanded for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to provide the claimant an opportunity for a new hearing; obtain supplemental vocational evidence; and issue a new decision on whether the claimant was disabled.

Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff shall be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff shall be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

Respectfully submitted,

DATED November 23, 2026

/s/ *Josephine Mary Gerrard**
JOSEPHINE MARY GERRARD
Attorney for Plaintiff
(*signature authorized via e-mail November 20, 2026)

DATED November 23, 2026

ERIC GRANT
Acting United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that this case is REMANDED for further administrative proceedings. On remand, the Appeals Council shall direct the Administrative Law Judge to provide the claimant an opportunity for a new hearing; obtain supplemental vocational evidence; and issue a new decision on whether the claimant was disabled.

IT IS SO ORDERED.

Dated: November 23, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE